IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| **KEVIN W. BAINES,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ADVANCE AUTO PARTS,**<br><br>**Defendant.** | Case No. _____ |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Advance Auto Parts[1] ("Advance Auto" or "Defendant") files this Notice of Removal in the above-captioned case from the Circuit Court for the County of York to the United States District Court for the Eastern District of Virginia, Newport News. In support of this Notice, Advance states:

**I.    Procedural History**

1. On or about November 23, 2020, Plaintiff Kevin W. Baines ("Plaintiff") filed a Complaint against Advance Auto in the Circuit Court for the York County, Case CL20001559-00.

2. In the Complaint, Plaintiff "submits his Complaint pursuant to Virginia Code Ann. § 2.2-3903 [the Virginia Human Rights Act] and 29 U.S.C. § 621, *et seq.* for wrongful termination and discrimination under the Age Discrimination in Employment (ADEA)." *See* Compl. at p. 1., attached hereto as a part of Ex. 1.

---

[1] On the Cover Sheet for Filing Civil Action, which was filed with the York County Circuit Court, Plaintiff named Defendant as "Advance Auto Parts," but on the face of the Complaint, Plaintiff named Defendant as Advance Stores Company, Incorporated d/b/a Advance Auto Parts. Advance Stores Company, Incorporated is the entity that employs the individuals who work at Advance Auto Parts, including Plaintiff during the relevant timeframe, and is the proper name of the Defendant. The Plaintiff improperly identifies Advance Auto Parts Incorporated as the Defendant.

3.     Although Counsel for Plaintiff mailed a copy of the Complaint on November 23, 2020 to Wendy Furhang, former Senior Counsel at Advance Auto, this does not constitute proper service under Section 8.01-299 of the Code of Virginia. *See* Ex. 2, Envelope postmarked Nov. 23, 2020. Based on the Certificate of Service included in the Complaint, it does not appear that Plaintiff intends to serve the Complaint in compliance with Section 8.01-299 of the Code.

## II.     Removal Jurisdiction

4.     This Notice of Removal is filed with this Court within thirty (30) days of Defendant's receipt of the Plaintiff's Complaint, and before any proceedings have been heard on the Complaint in the Circuit Court for the County of York, as required by 28 U.S.C. § 1446(b).

5.     Advance Auto has not served an answer or any responsive pleadings to Plaintiff's Complaint or made any arguments regarding the Complaint before the Circuit Court for the County of York in this matter.

6.     Advance Auto submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted.

7.     True and correct copies of all process, pleadings, documents, and orders served by the Plaintiff upon Advance Auto are attached hereto as Ex. 1. There have been no pleadings, process, or orders served upon Defendant within the meaning of 28 U.S.C. §1446(a) other than those attached hereto as Ex. 1.

8.     In the Complaint, Plaintiff asserts claims of wrongful termination and discrimination under the ADEA. *See* Ex. 1.

9.     Accordingly, this Court has federal question jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1441.

**III.　Venue**

10.　Venue lies in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a).

**IV.　Consent and Notice**

11.　To Advance Auto's knowledge, there are no other parties to this litigation. Thus, the consent of another party is not required.

12.　Upon filing this Notice of Removal, Advance Auto will provide a written notification to Plaintiff through Counsel and will file a copy of this Notice with the Clerk of the Circuit Court for the York County as required by 28 U.S.C. § 1446(d). A copy of the proposed Notice of Filing of Notice of Removal is attached hereto as Ex. 3.

**V.　Conclusion**

For these reasons, Defendant Advance Auto requests that Case Number CL20001559-00 currently pending in the Circuit Court for the County of York be removed to this Court.

Dated: December 11, 2020　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　**ADVANCE AUTO PARTS**

　　　　　　　　　　　　　　　　　　　　　　By:＿＿＿＿＿＿＿/s/＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　Kristina H. Vaquera, Esq. (VSB No. 43655)
　　　　　　　　　　　　　　　　　　　　　　Milena Radovic, Esq. (VSB No. 91000)
　　　　　　　　　　　　　　　　　　　　　　Jackson Lewis, P.C.
　　　　　　　　　　　　　　　　　　　　　　500 E. Main Street, Suite 800
　　　　　　　　　　　　　　　　　　　　　　Norfolk, Virginia 23510
　　　　　　　　　　　　　　　　　　　　　　Telephone: (757) 648-1445
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (757) 648-1418
　　　　　　　　　　　　　　　　　　　　　　kristina.vaquera@jacksonlewis.com
　　　　　　　　　　　　　　　　　　　　　　milena.radovic@jacksonlewis.com
　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served via email and U.S. First Class mail on December 11, 2020, and served upon the following:

Melissa D. Johnson
6517 Main Street, PO Box 339
Gloucester, Virginia 23175
melissadjohnsonpllc@gmail.com
*Counsel for Plaintiff*

**ADVANCE AUTO PARTS**

By: /s/
Kristina H. Vaquera, Esq. (VSB No. 43655)
Milena Radovic, Esq. (VSB No. 91000)
Jackson Lewis, P.C.
500 E. Main Street, Suite 800
Norfolk, Virginia 23510
Telephone: (757) 648-1445
Facsimile: (757) 648-1418
kristina.vaquera@jacksonlewis.com
milena.radovic@jacksonlewis.com
*Counsel for Defendant*

4835-5023-4068, v. 2