```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF VIRGINIA
                         Newport News Division
```

KEVIN W. BAINES,

        Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　ACTION NO. 4:20cv187

ADVANCE STORES COMPANY,
INCORPORATED d/b/a ADVANCE
AUTO PARTS,

        Defendant.

## DISMISSAL ORDER

On June 10, 2022, pro se Plaintiff Kevin W. Baines ("Plaintiff") and Defendant Advance Stores Company, Incorporated ("Defendant") filed a Joint Stipulation of Dismissal With Prejudice ("Joint Stipulation"), in which they "request that this [c]ourt enter an order dismissing the . . . case in its entirety with prejudice." Joint Stip. at 1, ECF No. 34. The parties indicate that they "will bear their own respective costs and attorneys' fees." Id. The Joint Stipulation is signed by both pro se Plaintiff and Defendant's counsel. Id.

Upon consideration of the Joint Stipulation, and pursuant to the parties' request, this action is hereby **DISMISSED** with prejudice, with the parties bearing their own costs and attorneys' fees. Jurisdiction in the matter is retained solely for the purpose of enforcing any settlement agreement between the parties.

The Clerk is **DIRECTED** to send a copy of this Dismissal Order to Plaintiff and counsel for Defendant.

IT IS SO **ORDERED**.

/s/ *RBS*
Rebecca Beach Smith
Senior United States District Judge

June 14, 2022